UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND DADISHO,<br><br>                        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                       Defendant. | Case No.: 3:24-cv-00636-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 11.] |

On August 2, 2024, the parties filed a joint motion for leave to file a first amended complaint. (Doc. No. 11.)  In the joint motion, Plaintiff represents that he "sent an additional FOIA request to Defendant for which Plaintiff has not yet received a response" and "seeks to include a FOIA 'pattern and practice' cause of action." (Id. at 1.)  For good cause shown, the Court grants the parties' joint motion.  See Fed. R. Civ. P. 15(a)(2). Plaintiff must file his first amended complaint, (Doc. No. 11-1), within **ten (10) days** from the date this order is filed.  Defendant must file any responsive motion or pleading to Plaintiff's first amended complaint within **thirty (30) days** from the date Plaintiff's first amended complaint is filed.

     **IT IS SO ORDERED.**

DATED: August 8, 2024

                                                      MARILYN L. HUFF, District Judge
                                                      UNITED STATES DISTRICT COURT